Brandon S. LaVergne                    Docket # 18-693
         vs.                           Middle District of La.
Keith States Et Al                     Baton Rouge Division


Letter of Inquiry


This is the second time I make the exact same request. In Nov. 2017 I filed this suit. In Dec. 2017 I paid the $400.00 filing fee under docket # 17-1693 I believe. Had I not paid the fee it would have been then dismissed. Later on this year due to an error of the clerk I was forced to refile this suit. I then paid another $400.00 filing fee. But then the court admitted it was a clerk error and said the second payment of the filing fee was not needed. I want this clerks office to confirm the fee was paid twice. I made this request about a month ago and this clerks office did not respond. I would like this question answered. Thank you.

                                Brandon S. LaVergne
                                /s/ B. [signature]
                                Pro Se   10 Dec. 18

Brandon LaVergne 424220
Louisiana State Penitentiary
Angola La. 70712